# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0541
Lower Tribunal No. 2024-MM-023771

_____

KENDRICK TYRON PERRY, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Lee County.
Devin S. George, Judge.

April 21, 2026

PER CURIAM.

   AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.


Kendrick Tyron Perry, Sr., Fort Myers, pro se.

James Uthmeier, Attorney General, Tallahassee, and Christopher Manon, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED